# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.
AND CLAIBORNE ELECTRIC
COOPERATIVE, INC.

NO.   2020 CW 1157

VERSUS

LOUISIANA GENERATING, L.L.C.

**JANUARY 19, 2021**

---

In Re:   Louisiana Generating, L.L.C., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 695287.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**STAY DENIED; WRIT DENIED.**

**GH**
**AHP**

**McDonald, J.,** concurs in part and dissents in part.   I
concur in the denial of the stay, but dissent and would grant
the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT